IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 10-55776 |
| | ) | |
| Brian M. & Penny S. Greene, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | Judge Preston |
| | ) | |

_____

# UNITED STATES TRUSTEE'S MOTION FOR EXTENSION OF TIME
# TO FILE A MOTION UNDER 11 U.S.C. § 707(b)(3) AND/OR § 727

The United States Trustee ("UST") requests this Court grant an extension of time, until **November 16, 2010**, to timely file a motion to dismiss in the above case under 11 U.S.C. § 707(b)(3) and/or to object to discharge under 11 U.S.C. § 727. The reason for this motion is set forth in the Memorandum In Support which follows.

Dated: August 13, 2010          Daniel M. McDermott
                                        United States Trustee
                                        Region 9

                              By:   /s/ Pamela Arndt
                                        Pamela Arndt
                                        Attorney for the U.S. Trustee
                                        170 North High Street, Suite 200
                                        Columbus, OH  43215
                                        Telephone:  (614) 469-7411 ext. 225
                                        Facsimile:  (614) 469-7448
                                        Email: pamela.d.rice@usdoj.gov

# MEMORANDUM IN SUPPORT

This bankruptcy case was filed on May 13, 2010. The last date for objections to discharge is August 16, 2010. The UST is reviewing the bankruptcy filing for abuse within the meaning of 11 U.S.C. § 707(b) and/or discharge issues in accordance with 11 U.S.C. § 727.

The UST has concerns over the Debtors' income and expenses for bankruptcy purposes. The UST has been unable to complete a satisfactory inquiry prior to the advent of the deadline for objections to discharge. If the UST is unable to resolve the questions surrounding the income and expenses though voluntary resolve of the Debtors within a reasonable amount of time, then the UST expects to conduct a 2004 examination in order to bring clarification.

Therefore, in order to fully investigate the pending case, the UST requests an extension to timely file a motion under 11 U.S.C. § 707(b)(3) and/or to object to discharge under 11 U.S.C. § 727 until **November 16, 2010.**

WHEREFORE, the UST hereby requests an extension to timely file a motion under 11 U.S.C. § 707(b)(3) and/or to object to discharge under 11 U.S.C. § 727 until **November 16, 2010.**

Dated: August 13, 2010

Daniel M. McDermott
United States Trustee
Region 9

By:   /s/ Pamela Arndt
Pamela Arndt
Attorney for the U.S. Trustee
170 North High Street, Suite 200
Columbus, OH 43215
Telephone: (614) 469-7411 ext. 225
Facsimile: (614) 469-7448
Email:pamela.d.rice@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2010, a copy of the foregoing UNITED STATES TRUSTEE'S MOTION FOR EXTENSION OF TIME TO FILE A COMPLAINT UNDER 11 U.S.C. § 707(b)(3) AND/OR § 727 was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the court:

David E. Mortimer, lgarcia@rrohio.com; dmortimer@rrohio.com
Attorney for the Debtors

David M. Whittaker, dwhittaker@bricker.com; dwhittaker@ecf.epiqsystems.com
Chapter 7 Panel Trustee

Pamela Arndt, pamela.d.rice@usdoj.gov
Attorney for the U.S. Trustee

and on the following by ordinary U.S. Mail addressed to:

Brian M. & Penny S. Greene
2333 Hawk Street
Lancaster, Ohio 43130

David E. Mortimer
3808 James Court, Suite 2
P.O. Box 788
Zanesville, Ohio 43702

Chase Bank USA, NA
c/o Mark J. Schultz
9140 Ward Parkway, Suite 200
Kansas City, MO 64114

                                                    /s/ Pamela Arndt
                                                    Pamela Arndt