IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 10-55776 |
| | ) | |
| Brian M. & Penny S. Greene, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | Judge Preston |
| | ) | |

_____

**NOTICE OF THE UNITED STATES TRUSTEE'S MOTION FOR EXTENSION OF TIME TO FILE A MOTION UNDER 11 U.S.C. § 707(b)(3) AND/OR § 727**

You are hereby notified that the United States Trustee has filed a motion seeking an extension of time until **November 16, 2010**, to timely file a motion to dismiss under 11 U.S.C. § 707(b)(3) and/or to object to discharge under 11 U.S.C. § 727.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought in the motion, or if you want the Court to consider your views with respect to the motion, then on or before twenty-one (21) days after the date of this *Notice*, you or your attorney must:

File with the Court a written request for a hearing and a written response or objection explaining your position at the following address:

        Clerk, United States Bankruptcy Court
        170 N. High Street
        Columbus, OH 43215

If you mail your request /objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also mail a copy to:

        Office of the United States Trustee
        c/o Pamela Arndt
        170 North High Street, Suite 200
        Columbus, Ohio 43215

If you would like a copy of the underlying Motion, please request such in writing c/o Pamela Arndt at 170 North High Street, Suite 200, Columbus, OH 43215, or by telephone at (614) 469-7411 ext 225.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting the relief sought in the motion without further notice.

Dated: August 13, 2010        Daniel M. McDermott
                                      United States Trustee
                                      Region 9

                                    By:   /s/ Pamela Arndt
                                           Pamela Arndt
                                           Attorney for the U.S. Trustee
                                           170 North High Street, Suite 200
                                           Columbus, OH 43215
                                           Telephone: (614) 469-7411 ext. 225
                                           Facsimile: (614) 469-7448
                                           Email: pamela.d.rice@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on August 13, 2010, a copy of the foregoing **NOTICE OF THE UNITED STATES TRUSTEE'S MOTION FOR EXTENSION OF TIME TO FILE A MOTION UNDER 11 U.S.C. § 707(b)(3) AND/OR § 727** was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the court:

David E. Mortimer, lgarcia@rrohio.com; dmortimer@rrohio.com
Attorney for the Debtors

David M. Whittaker, dwhittaker@bricker.com; dwhittaker@ecf.epiqsystems.com
Chapter 7 Panel Trustee

Pamela Arndt, pamela.d.rice@usdoj.gov
Attorney for the U.S. Trustee

and on the following by ordinary U.S. Mail addressed to:

Brian M. & Penny S. Greene
2333 Hawk Street
Lancaster, Ohio 43130

David E. Mortimer
3808 James Court, Suite 2
P.O. Box 788
Zanesville, Ohio 43702

Chase Bank USA, NA
c/o Mark J. Schultz
9140 Ward Parkway, Suite 200
Kansas City, MO 64114

                                                   /s/ Pamela Arndt
                                                   Pamela Arndt