**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DISTRICT**

| | |
|---|---|
| In Re: Brian M. Greene | Case No. 10-55776 |
| Penny S. Greene | |
| Debtor(s) | Judge: Preston |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of Amended Schedule F filed on August 13, 2010 was served by regular U.S. Mail, postage prepaid on this <u>13th</u> day of August, 2010 upon the following:

Ab Coaster Holdings, Inc.
1007 Orange St., Suite 1410
Wilmington, DE 19801

        Respectfully submitted,

        <u>/s/ David E. Mortimer</u>
        David E. Mortimer  (0075134)
        3808 James Court, Suite 2
        P.O. Box 788
        Zanesville, Ohio 43702-0788
        PHONE:  (740) 454-2545
        FAX: (740) 454-6372
        Attorney for Debtors