# IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF OHIO-COLUMBUS

| | |
|---|---|
| In Re: | ) Chapter 7 |
| | ) |
| BRIAN M. GREENE et al., | ) Case No. 2:10-bk-55776 |
| | ) |
| Debtors. | ) Judge C. Kathryn Preston |
| | ) |

## NOTICE OF APPEARANCE OF COUNSEL

Please enter the appearance of Arland T. Stein, of the law firm of Hahn Loeser & Parks, LLP and a member of the Bar of this Court, under LBR 2090-1(a), as an additional Attorney of Record for debtors Brian Greene and Penny Greene in this action.

Respectfully submitted,

/s/ Arland T. Stein
Arland T. Stein
HAHN LOESER & PARKS LLP
65 East State Street
Suite 1400
Columbus, Ohio 43017
Phone: (614) 221-0240
Fax: (614) 221-5909
Email: astein@hahnlaw.com

*One of the Attorneys for Debtors*
*Brian Greene and Penny Greene*

CLE - 2907474.1

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 20th day of August, 2010, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

/s/ Arland T. Stein

*One of the Attorneys for*
*Brian Greene and Penny Greene*

CLE - 2907474.1