Form a0nfincs

# United States Bankruptcy Court
## Southern District of Ohio
### 170 North High Street
### Columbus, OH 43215−2414

In Re: Brian M. Greene  
Penny S. Greene  
      Debtor(s)  
SSN/TAX ID:  
  xxx−xx−9789  
  xxx−xx−7869

Case No.: 2:10−bk−55776

Chapter: 7

Judge: C. Kathryn Preston

## Notice of Deficiency Regarding Financial Management Course

    Pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, a statement regarding completion of a course in financial management (Official Form 23) is required before an Order of Discharge can be issued. If a statement regarding the completion of a course in financial management is not filed within 30 days from the date of this notice, the above captioned case may be closed without the issuance of a discharge. If the debtor(s) subsequently files a Motion to Reopen the Case to allow for the filing of the Official Form 23, the debtor(s) must pay the full reopening fee due for filing the motion.

Dated: August 23, 2010

                                            FOR THE COURT:  
                                            Kenneth Jordan  
                                            Clerk, U.S. Bankruptcy Court