# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| BRIAN M. GREENE, and | ) | Case No. 10-55776 |
| PENNY S. GREENE, | ) | |
| | ) | |
| Debtors. | ) | |

## AMENDED MOTION TO APPEAR PRO HAC VICE

COMES NOW, JOHN J. CRUCIANI, ESQUIRE, Movant herein, and respectfully represents the following:

1.      Movant's business address is 4801 Main Street, Suite 1000, Kansas City, Missouri 64112 and he is a resident of the State of Kansas.

2.      Movant is an attorney and a partner of the law firm of Husch Blackwell LLP with offices at 4801 Main Street, Suite 1000, Kansas City, Missouri 64112, (816) 983-8197, facsimile (816) 983-8080.

3.      Movant has been retained as a member of the above named law firm on or about August 31, 2010, to provide legal representation to Ab Coaster Holdings, Inc., a creditor in the above-styled cause pending in the United States Bankruptcy Court, Southern District of Ohio..

4.      Movant is an active member in good standing of the Bar of the State of Missouri and Kansas and is admitted to practice before, among other courts, the State Courts of Missouri and Kansas, the United States District Courts for the Western District of Missouri, and United States District Court of Kansas.

5.      There are no disciplinary proceedings pending against Movant.

6.      Within the past five (5) years, Movant has not been subjected to any disciplinary proceedings.

KCP-4051597-1

7. Movant has never been subject to any suspension proceedings.

8. Movant has never been subject to any disbarment proceedings.

9. Movant, either by resignation, withdrawal, or otherwise, never has terminated or attempted to terminate Movant's office as an attorney in order to avoid administrative disciplinary, disbarment, or suspension proceedings.

10. Movant is not an inactive member of The Ohio Bar.

11. Movant is not now and never has been a member of The Ohio Bar.

12. Movant is not a suspended member of The Ohio Bar.

13. Movant is not a disbarred member of The Ohio Bar nor has Movant received a disciplinary resignation from The Ohio Bar.

14. Movant has not filed motion(s) to appear as counsel in Ohio State Courts during the past five (5) years, although Movant has been admitted pro hac vice in the U.S. Bankruptcy Court for the N.D. Ohio and does have an ECF login for the N.D. Ohio.

16. Movant has read the applicable provisions of United States Bankruptcy Court for the Southern District of Ohio Local Bankruptcty Rule No. 2090-1 and certifies that this motion complies with those rules.

18. Movant agrees to comply with the provisions of the Ohio Rules of Professional Conduct and consents to the jurisdiction of the Courts of the Bar of The State of Ohio.

WHEREFORE, Movant respectfully requests permission to appear in this Court for this cause only.

DATED this 8rd day of September, 2010.

Respectfully submitted,

_/s/ John J. Cruciani_

John J. Cruciani       MO Bar #43073
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO  64112
Tel:     816-983-8197
Fax:     816-983-8080
Email:  john.cruciani@huschblackwell.com

STATE OF MISSOURI:

COUNTY OF JACKSON:

I, John J. Cruciani, Esquire, do hereby swear or affirm under penalty of perjury that I am the Movant in the above-styled matter; that I have read the foregoing Motion and know the contents thereof, and the contents are true of my own knowledge and belief.


_/s/ John J. Cruciani_
JOHN J. CRUCIANI, ESQUIRE, AFFIANT


The foregoing instrument was acknowledged before me on this 3rd day of September, 2010 by JOHN J. CRUCIANI, ESQUIRE, who is personally known to me and who did take an oath.


_/s/ Cindy G. Houser_
NOTARY PUBLIC (SIGNATURE)

_Cindy G. Houser_
PRINT NAME

Commission No. _06444290_

My Commission Expires: ____October 18, 2010____

# CERTIFICATE OF SERVICE

I herby certify that on this 8th day of September, 2010, the above and foregoing Motion was electronically filed with the Clerk of the United States Bankruptcy Court for the Southern District of Ohio, and was served electronically at that time upon all parties receiving CM/ECF notice in this case, as evidenced by the receipt generated at the time of filing. On this same date a true and correct copy of the within Motion was served by United States Mail, postage prepaid and properly addressed to:

Arland T. Stein
Hahn Loeser & Parks LLP
65 E. State St., Suite 1400
Columbus, OH 43215
*Attorney for Debtors*

David E. Mortimer, Attorney at Law
3808 James Court, Suite 2
P.O. Box 788
Zanesville, OH 43702-0788
*Attorney for Debtors*

David M. Whittaker
100 South Third Street
Columbus, OH 43215
*Chapter 7 Trustee*

Pamela Arndt
Assistant U.S. Trustee
170 North High St., Suite 200
Columbus, OH 43215

*/s/ John J. Cruciani*