**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: September 22, 2010**

C. Kathryn Preston
United States Bankruptcy Judge

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In the Matter of: | : | Case No. 10-55776 |
| | : | Chapter 7; Judge C. Kathryn Preston |
| GREENE, BRIAN M. | : | |
| GREENE, PENNY S. | : | |
| Debtors. | : | |

**ORDER AUTHORIZING DAVID M. WHITTAKER, TRUSTEE TO EMPLOY COUNSEL**
**(RELATED TO DOC. 30)**

This matter came before the Court upon the Application of the Trustee for authority to employ counsel. It appears that a copy of the Application has been served pursuant to the provisions of General Order 12 entered in this Court upon the Debtor(s), the Attorney for the Debtor(s), the U.S. Trustee and all creditors and parties in interest requesting notice in this case. Based upon a review of the information contained in the Application and the Affidavit provided in support of the Application, the Court finds that the Application of the Trustee should be granted and the Court hereby finds and orders as follows:

The Court finds that David M. Whittaker, Esq. and Bricker & Eckler LLP do not hold or represent any interest that is materially adverse to the interests of the bankruptcy estate and that David M. Whittaker, Esq. and Bricker & Eckler LLP are disinterested persons as that term is defined by 11 U.S.C. § 101(14).

The Court orders that the Trustee is authorized to employ David M. Whittaker, Esq. and Bricker & Eckler LLP as attorneys for the Trustee pursuant to the provisions of 11 U.S.C. § 327.

The Court further orders that all compensation and/or reimbursement of expenses to be paid to David M. Whittaker, Esq. and Bricker & Eckler LLP shall be subject to further order of the Court after appropriate notice pursuant to the provisions of 11 U.S.C. § 330.

The Court further orders that the employment of David M. Whittaker, Esq. and Bricker & Eckler LLP as counsel for the Trustee shall be effective as of the date of the Trustee's appointment by the U.S. Trustee pursuant to 11 U.S.C. § 701.

**SO ORDERED.**

Copies to:

Default List

###