| Case No: | 10-55776 | CKP | Judge: C. Kathryn Preston | | Trustee Name: | David M. Whittaker |
|---|---|---|---|---|---|---|

Case Name: GREENE, BRIAN M. Date Filed (f) or Converted (c): 05/13/10 (f)

GREENE, PENNY S. 341(a) Meeting Date: 06/17/10

For Period Ending: 09/30/10 Claims Bar Date: 12/13/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENTIAL REAL ESTATE - 2333 HAWK ST., LANCASTER | 175,160.00 | 0.00 | DA | 0.00 | FA |
| 2. CASH - IN DEBTOR'S POSSESSION | 20.00 | 0.00 | DA | 0.00 | FA |
| 3. CHECKING - WHITEHALL CREDIT UNION | 1,216.00 | 0.00 | DA | 0.00 | FA |
| 4. CHECKING - VINTON NATIONAL BANK | 992.32 | 0.00 | DA | 0.00 | FA |
| 5. SAVINGS - WHITEHALL CREDIT UNION | 25.00 | 0.00 | DA | 0.00 | FA |
| 6. CHECKING ACCOUNT - VINTON COUNTY NATIONAL BANK | 640.18 | 0.00 | DA | 0.00 | FA |
| 7. VARIOIUS HOUSEHOLD GOODS AND FURNISHINGS - IN DEBT | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 8. VARIOUS CLOTHING ITEMS - IN DEBTOR'S POSSESSION | 400.00 | 0.00 | DA | 0.00 | FA |
| 9. VARIOUS JEWELRY - IN DEBTOR'S POSSESSION | 200.00 | 0.00 | DA | 0.00 | FA |
| 10. VALLEY FORGE LIFE INSURANCE CO. TERM POLICY - NO C | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. AAA LIFE INSURANCE CO. TERM POLICY - NO CASH VALUE | 0.00 | 0.00 | DA | 0.00 | FA |
| 12. IRA THROUGH ING | 65,836.00 | 0.00 | DA | 0.00 | FA |
| 13. IRA THROUGH ING | 19,041.00 | 0.00 | DA | 0.00 | FA |
| 14. 1995 FORD WINDSTAR FAIR CONDITION 235,000 MILES | 500.00 | 0.00 | DA | 0.00 | FA |
| 15. 2008 CHRYSLER SEDAN GOOD CONDITION 26,000 MILES | 16,000.00 | 0.00 | DA | 0.00 | FA |
| 16. 2002 FORD TAURUS - DAUGHTER DRIVES FAIR CONDITION | 975.00 | 0.00 | DA | 0.00 | FA |
| 17. COUNTERCLAIM AGAINST AB COASTER HOLDINGS, INC. Amended 8/13/10 | Unknown | 1.00 | | 0.00 | 1.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $286,005.50  $1.00  $0.00  $1.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

| | | | |
|---|---|---|---|
| Case No: | 10-55776     CKP     Judge: C. Kathryn Preston | Trustee Name: | David M. Whittaker |
| Case Name: | GREENE, BRIAN M. | Date Filed (f) or Converted (c): | 05/13/10 (f) |
| | GREENE, PENNY S. | 341(a) Meeting Date: | 06/17/10 |
| | | Claims Bar Date: | 12/13/10 |

The meeting of creditors held was filed June 17, 2010. (JULIE)

The Trustee filed a Report of No Distribution on June 23, 2010. (JULIE)

The Trustee filed a withdrawal of his Report of No Distribution. The Trustee has received information that the Debtors are involved in litigation with Ab Coaster Holdings, Inc. in the U.S. District Court, Southern District of Ohio, Eastern Division. The Debtors' claims in this litigation were not disclosed to the Trustee until after the Report of No Distribution was filed by the Trustee. The Trustee has met with Arland Stein, Esq., counsel representing the Debtors in the District Court litigation. Based upon information provided in this meeting, the Trustee believes that the Debtors' claims in the District Court case may have value for the benefit of the bankruptcy estate. September 09, 2010 (JULIE)

The notice of assets and request for notice to creditors was filed September 14, 2010. (JULIE)

On September 14, 2010 the Trustee filed an application for authority to employ attorney. (JULIE)

The Trustee filed an application for authority to employ Hahn Loeser & Parks LLP as Special Counsel for the Trustee. September 16, 2010 (JULIE)

The court entered the order on 9/23/10 authorizing the trustee to employ Bricker & Eckler as counsel. DMW

A letter was sent to David Mortimer, Esq. and Arland T. Stein, Esq. advising that the Debtors may not sell the Ab Coasters since they are property of the bankruptcy estate. September 29, 2010 (JULIE)

The trustee has spoken with counsel for Ab Coasters about an agreed order for relief from stay regarding the District Court litigation. The trustee will prepare a propsed agreed order for review by counsel for Ab Coasters. DMW

Initial Projected Date of Final Report (TFR): 06/17/11          Current Projected Date of Final Report (TFR): 06/17/11

/s/     David M. Whittaker
_____     Date: 11/01/10
      DAVID M. WHITTAKER