**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: October 20, 2011**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 10-55776 |
| | ) | |
| Brian M. & Penny S. Greene, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | Judge Preston |
| | ) | |

_____

**SECOND ORDER REGARDING THE UNITED STATES TRUSTEE'S MOTION FOR SANCTIONS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9011 FOR VIOLATIONS OF SOUTHERN DISTRICT OF OHIO ADMINISTRATIVE PROCEDURES FOR ELECTRONIC FILING RULES 7 AND 8 AND MEMORANDUM IN SUPPORT (Docket No. 99)**

This matter came on for consideration upon the United States Trustee's Motion for Sanctions Pursuant to Federal Rule of Bankruptcy Procedure 9011 for Violations of Southern District of Ohio Administrative Procedures for Electronic Filing Rules 7 and 8 and Memorandum in Support (Docket No. 99), Attorney David Mortimer's Response (Docket No. 102), and this Court's Order Requiring David Mortimer to Appear and Show Cause (Docket No. 103). The Court previously entered an Order Granting United States Trustee's Motion for Sanctions Pursuant to Federal Rule of Bankruptcy Procedure 9011

for Violations of Southern District of Ohio Administrative Procedures for Electronic Filing Rules 7 and 8 and Memorandum in Support (Motion is Docket No. 99; Order Granting Motion is Docket No. 132). Upon review of the fee itemization submitted by Attorney David Mortimer (*See*, Certification, Docket No. 134), the Court enters this subsequent Order.

**IT IS HEREBY ORDERED** that Attorney David Mortimer be and he is hereby ordered to disgorge to Debtors Brian and Penny Greene all fees received postpetition on account of postpetition services rendered to Debtors (which, according to the Certification filed by David Mortimer on September 28, 2011, totals $800), within fourteen (14) days from the date this Order is entered. Mr. Mortimer is prohibited from seeking collection of of any fees for postpetition services rendered to Debtors in connection with this case.

**IT IS FURTHER ORDERED** that Attorney Mortimer be and he is hereby ordered to file a Certification detailing when the fees were disgorged, and with what method of payment.

**IT IS SO ORDERED.**

---

Daniel M. McDermott
United States Trustee for Region 9

By:  /s/ Pamela Arndt
Pamela Arndt
Attorney for the U.S. Trustee
170 North High Street, Suite 200
Columbus, OH 43215
Telephone: (614) 469-7411 ext. 225
Facsimile: (614)469-7448
E-mail: Pamela.D.Arndt@usdoj.gov

COPIES TO:

All creditors and parties in interest

###